680 A.2d 1137

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Leander DAVIS, Petitioner.**

Supreme Court of Pennsylvania.

July 24, 1996.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of July, 1996, the Respondent's Application for Post–Submission Communication is DENIED. The Petition for Allowance of Appeal is DENIED. With

respect to Issue III, C, whether counsel was ineffective for failing to present evidence of good character as to non-violence, the denial is without prejudice to the Petitioner's right to assert this claim by way of petition under the Post–Conviction Relief Act.